UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CUNNINGHAM, | No. 2:15-cv-0835 KJM AC (TEMP) P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT et al., | |
| Defendants. | |

On March 16, 2016, the court ordered plaintiff to file a non-prisoner affidavit in support of his request to proceed in forma pauperis or pay the required filing fee within thirty days. The court cautioned plaintiff that his failure to comply with the court's order would result in a recommendation that this action be dismissed without prejudice. The thirty-day period has now expired, and plaintiff has not filed a non-prisoner affidavit, paid the appropriate filing fee, or responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

1  with the court. The document should be captioned "Objections to Magistrate Judge's Findings
2  and Recommendations." Plaintiff is advised that failure to file objections within the specified
3  time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
4  (9th Cir. 1991).

DATED: April 27, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE